# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISON
### ASHLAND

Eastern District of Kentucky
FILED

AUG 06 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 26-39-DLB-EBA

**18 U.S.C. § 922(g)(1)**

**JEFFREY COLLINS**

\*    \*    \*    \*    \*

**THE GRAND JURY CHARGES:**

On or about March 30, 2026, in Morgan County, in the Eastern District of Kentucky,

**JEFFREY COLLINS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith & Wesson, Model 34, .22 caliber revolver bearing serial number M87089, that was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1.    By virtue of the commission of the offense alleged in the Indictment,

**JEFFREY COLLINS** shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922.

Any and all interest that **JEFFREY COLLINS** has in this property is vested in and

forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.    The property to be forfeited includes, but is not limited to, the following:

### FIREARMS AND AMMUNITION:

a) Smith & Wesson, Model 34, .22 caliber revolver bearing serial number M87089; and

b) Ammunition.

**A TRUE BILL**

████████████████████

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**ERIN M. ROTH**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**        Mandatory special assessment of $100 per count.

**PLUS:**        Forfeiture.

**PLUS:**        Restitution, if applicable.